UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEE MITCHELL JOHNSON,
    PLAINTIFF,

CASE No. 20-cv-81032-MIDDLEBROOKS

Vs.

CORRECTIONS DEPUTY J. LINDOR,
    DEFENDANT.

FILED BY _PCS_ D.C.

MAY 10 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF JOHNSON'S PRETRIAL STATEMENT

COMES NOW PLAINTIFF JOHNSON, PRO SE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE AND SUBMITS THE FOLLOWING:

1. PLAINTIFF IS INCARCERATED AND WITHOUT COUNSEL AND HAS BEEN MET WITH DIFFICULTIES AT JUST ABOUT EVERY AVENUE IN HIS QUEST TO OBTAIN NEEDED DISCOVERY MATERIALS.

2. PLAINTIFF HAS MAINTAINED A PROFESSIONAL APPROACH FOR EVERY ENDEAVOR AND WORKED HARD TO COMPLY FULLY WITH THE PRETRIAL PROCEDURES REQUIRED BY S.D. FLA. L.R. 16.1. HOWEVER, COUNSEL FOR DEFENDANT HAS NOT EXTENDED THAT SAME COURTESY AND HAS WAYLAID AND USED PLAINTIFF'S INEXPERIENCE AS A CRUTCH TO BETTER DEFENDANT'S SIDE OF THINGS.

3. Plaintiff has filed a Motion to Compel Defendant to Produce Video Footage from March 11th, 12th, 20th and 24th, 2020, that he know's exist because he viewed the footage with PBSO Jail Detective Bitz, that this Honorable Court ordered Defendant to Provide to the Plaintiff, yet Counsel has refused to relinquish said Discovery Material due to the fact it shows Defendant violating Plaintiff's Constitutional Rights severely.

4. Plaintiff's Pretrial Statement can in no way even begin to be completed due to the fact that the documentary evidence for trial to be provided by Defendant pursuant to Rule 26, Federal Rules of Civil Procedure has not been received. These discovery items are the vital exhibits to Plaintiff's case in chief.

5. Plaintiff has been stalled as well in his attempts to obtain his very own Medical Files to get Doctors names, notes, etc. to present and list for trial but has been delayed.

6. Plaintiff has just recently learned within the past week of two (2) inmates that had issues with and had written grievances and complaints against Defendant and Plaintiff has sent request out for jacket numbers,

7. ON APRIL 7TH, 2021 PLAINTIFF ATTENDED AND GAVE A DEPOSITION VIA VIDEO WITH COUNSEL FOR THE DEFENDANT SUMMER M. BARRANCO, ESQ. AND A COURT REPORTER AND AT THE CONCLUSION COUNSEL FOR DEFENDANT REQUESTED IF PLAINTIFF WOULD AGREE TO EXCLUDE DEFENDANT LINDOR'S PAST GRIEVANCES AND COMPLAINTS AT WHICH TIME PLAINTIFF STATED 'ABSOLUTELY NOT!'. COUNSEL BARRANCO THEN SAID SHE WOULD BE FILING A MOTION IN LIMINE WHICH SHE DID SOME TIME LATER.

: PLEASE NOTE = PAGE 4 OF TRIAL SCHEDULING ORDER DATED NOVEMBER 24TH, 2020 STATES;

MOTIONS IN LIMINE. ALL MOTIONS IN LIMINE SHALL BE FILED BY APRIL 7, 2021.

COUNSEL BARRANCO, HAS FILED THIS MOTION AND PLAINTIFF HAS HAD TO TAKE THE TIME TO RESPOND THEREFORE LOSING TIME NEEDED FOR OTHER DUTIES THAT NEED HIS ATTENTION LIKE THE WORK OF HIS PRE TRIAL STATEMENT DISCOVERY ITEMS.

WHEREFORE, PLAINTIFF JOHNSON PRAYS THIS HONORABLE COURT SEES THE PREDICAMENT HE IS IN AND THE UNFAIR SITUATIONS DEFENDANTS COUNSEL PLACES HIM IN THAT LEAVES HIM AT ODDS AND WILL ASSIST AS THE COURT SEES JUST.

RESPECTFULLY,
LEE M. JOHNSON, PRO SE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT AN ORIGINAL WAS SENT TO CLERK OF COURT; 701 CLEMATIS ST., ROOM 202, W.P.B., FL. 33401 THIS 4 DAY OF MAY, 2021 VIA U.S. MAIL.

LEE M. JOHNSON, PRO SE
#0384240 / F-2
P.O. BOX 1450
BELLE GLADE, FL. 33430

Lee M. Johnson # 0584240
West County Detention Center
P.O. Box 1450
Belle Glade, FL 33430



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

PRO SE LEGAL MAIL

PRO SE LEGAL MAIL

Attention: This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored The Sheriff Cannot Assume Responsibility For Its Contents